MIE 3
Revised 07/12

Order of the Court to Dismiss Recall Warrant

**UNITED STATES DISTRICT COURT**
**for the**
**Eastern District of Michigan**

UNITED STATES OF AMERICA

       v.

WILLIAMS, Melvin Antoine                    Crim. No.: 13-CR20054-01

On 11/01/2021 the Court authorized a petition and warrant for probation violation charge(s).

On February 17, 2026, the Court ordered that the violation petition be dismissed, the warrant recalled, and supervised release terminated, as the defendant had been convicted in the 14B District Court and sentenced to a term of imprisonment in the Michigan Department of Corrections, with an earliest release date of October 28, 2048.

Reviewed and Approved:
s/Steven M. Ely
_____
Supervising United States Probation Officer

Respectfully submitted:
s/Amira Hassan
_____
United States Probation Assistant

ORDER OF THE COURT

Pursuant to the above, it is ordered that the pending violation matter be dismissed, the warrant recalled, and supervision in this case be terminated.

Dated this 20th Day of February, 2026.

s/Matthew F. Leitman
_____
Matthew F. Leitman
United States District Judge

cc:  U.S. Marshal